The Court ORDERS Alarcon to show cause at a hearing on July 19, 2013, at 10:00 am., why the Government's motion to strike his claim should not be granted. The hearing on the Government's motion scheduled for July 12, 2013, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE