IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $40,000 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br>_____/<br><br>PHILLIP ALARCON,<br><br>    Claimant.<br>_____/ | No. CV 11-6123 CRB<br><br>**ORDER TO SHOW CAUSE** |

    In this action, the Government seeks the forfeiture of approximately $40,000 in United States Currency that was seized from Phillip Alarcon in 2011. See generally Compl. (dkt. 1). Pending before the Court is the Government's motion to strike Phillip Alarcon's claim to the currency, which he filed pro se, for lack of standing under 18 U.S.C. 983(a)(4) and Supplemental Rules G(5) and G(8)(c)(i)(B). See generally Mot. (dkt. 18). Alarcon has not opposed the motion, and the Government has informed the Court that the Motion to Strike and Reply that mailed to Alarcon at his last address were returned to sender and unable to be forwarded. See Notice (dkt. 20).

The Court ORDERS Alarcon to show cause at a hearing on July 19, 2013, at 10:00 am., why the Government's motion to strike his claim should not be granted. The hearing on the Government's motion scheduled for July 12, 2013, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE